# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DONETTE KINGSTON,** *pro se***,**

    **Plaintiff,**

**v.**                                                                                    Case No.  8:08-cv-203-T-30TBM

**JOANN MARY BAUMGARTNER,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for an apology (Dkt. #4).  The Court, having considered the motion, and being otherwise advised in the premises, concludes that Plaintiff's motion should be denied.

Plaintiff's motion fails to allege facts or details sufficient to state a cause of action.  Furthermore, Plaintiff fails to allege a proper basis for federal jurisdiction.  Plaintiff appears to be attempting to bring an action based on slander and/or libel.  According to Plaintiff's motion, however, both Plaintiff and Defendant are citizens of Hillsborough County.  Accordingly, it appears that this action should be brought in state court.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for an apology (Dkt. #4) is **DENIED**.

2. This case is dismissed without prejudice and without leave to file an amended complaint in this Court.

      3.      The Clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2008.

                                  JAMES S. MOODY, JR.
                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-203.mt apology 4.wpd